USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPASS PRODUCTIONS INTERNATIONAL LLC,

    Plaintiff,

-against-

CHARTER COMMUNICATIONS, INC.,

    Defendant.

18-CV-12296 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic conference conducted on April 8, 2020, it is hereby ORDERED that:

1. <u>Deposition Schedule</u>. The deadline for fact depositions remains **May 26, 2020** (*see* Dkt. Nos. 42, 43), except as to defendant's employees Paul Cancienne and Catherine Bohigian, who are facing additional demands on their time during the COVID-19 pandemic as members of defendant's governmental affairs unit, and non-party witnesses Howard Friedman and Michael Fragan, who have been or will be served with subpoenas and will likely be represented by their own counsel. These depositions shall be scheduled and completed no later than **June 19, 2020.** The parties shall provide at least one week's notice, in advance of each deposition, whether that deposition will be a 3-hour deposition or a full-day deposition. (*See* Dkt. No. 23 ¶ 6(c)(iv).)

2. <u>Tom Rutledge</u>. Defendant's Chief Executive Officer Tom Rutledge shall not be among the five deposition witnesses permitted to plaintiff.

3. <u>Remote Depositions.</u> The depositions shall be conducted remotely (*see* Dkt. No. 43) unless the parties, the relevant witness, and the deposition officer agree that a non-remote deposition would be safe from a public health standpoint. In accordance with the parties' agreement during today's conference, the court reporter may be given a copy

of the video recording (of any videotaped deposition) and may review the video recording to improve the accuracy of any written transcript. The parties shall stipulate to this agreement on the record at the outset of each videotaped deposition.

4. <u>Additional Document Searches - Bliesmer and Unruh</u>. Defendant shall promptly search the email files of Mark Bliesmer (for the period May 2016) and Julie Unruh (for the period May-June 2016) and shall produce all emails (including attachments) to or from these custodians during the specified period that discuss or attach any version (in any file format) of the spreadsheet appearing (among other places) at Dkt. No. 45-3, ECF page 48.

5. <u>Status Conference</u>. The next telephonic status conference before Judge Moses will take place on **June 3, 2020, at 11:00 a.m.** No later than **May 27, 2020**, the parties shall file a joint letter updating the Court on the status of discovery, as well as any settlement efforts. At 11:00 a.m. on June 3, 2020, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

Dated: New York, New York
      April 8, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**