**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS



1301 Pennsylvania Avenue NW
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Judson Brown, P.C.
To Call Writer Directly:
+1 202 389 5082
jdbrown@kirkland.com

Facsimile:
+1 202 389 5200

May 27, 2020

**Via Electronic Filing**

United States Magistrate Judge Barbara Moses
Courtroom 20A
United States Courthouse
500 Pearl Street
New York, New York  10007

**MEMO ENDORSED**

Re:  *Compass Prods. Int'l LLC v. Charter Commcn's, Inc.*, No. 1:18-cv-12296 (S.D.N.Y.)

Dear Judge Moses:

Plaintiff Compass Productions International LLC and Defendant Charter Communications, Inc. (the "parties") request leave to file Exhibit 1 to the parties' May 27, 2020 Joint Status Letter under seal.  Exhibit 1 is a Compass Productions International LLC 2015-2016 income statement, produced by Compass during this litigation.  It is labeled Confidential pursuant to the Protective Order (ECF 30).  Compass's counsel has requested that all financial information be redacted from Exhibit 1 before it is publicly filed.

Consistent with Paragraph 8 of the Protective Order and this Court's Individual Rules of Practice, Charter has publicly filed a version of the Joint Status Letter and exhibits with Compass's requested redactions applied to Exhibit 1, and is also filing under seal a version with Compass's requested redactions to Exhibit 1 highlighted for the Court.

> Application GRANTED. The unredacted version of plaintiff's 2015-2016 income statement (Exhibit 1 to the parties' May 27, 2020 Joint Status Letter (Dkt. No. 54-1)) has not been submitted in connection with any merits motion and will remain under seal at present. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> May 28, 2020

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   Paris   San Francisco   Shanghai

**KIRKLAND & ELLIS LLP**

The Honorable Barbara Moses
May 27, 2020
Page 2

Sincerely,

/s/ *Judson Brown*  /s/ *Jonathan E. Neuman*

Judson Brown, P.C. (*pro hac vice*)
Devin S. Anderson (*pro hac vice*)
K. Ross Powell (*pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
judson.brown@kirkland.com
devin.anderson@kirkland.com
ross.powell@kirkland.com

*Attorneys for Defendant Charter Communications, Inc.*

Jonathan E. Neuman, Esq.
176-25 Union Turnpike, Suite 230
Fresh Meadows, New York 11366
(347) 450-6710
(718) 228-3689 facsimile
jnesq@jenesqlaw.com

*Attorney for Plaintiff Compass Productions International, LLC*