

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPASS PRODUCTIONS INTERNATIONAL LLC,

        Plaintiff,

-against-

CHARTER COMMUNICATIONS, INC.,

        Defendant.

18-CV-12296 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic conference conducted on June 3, 2020, it is hereby ORDERED that:

1. <u>Privilege Redactions</u>. Defendant has withheld 403 otherwise-discoverable documents on privilege grounds, has produced 30 documents with privilege redactions, and has served a "categorical" privilege log pursuant to Local Civil Rule 26.2(c). Plaintiff seeks to challenge the basis of the privilege redactions. The parties shall proceed as follows:

   a. No later than **June 5, 2020**, plaintiff shall provide defendant with the bates numbers of five exemplar redacted documents.

   b. No later than **June 10, 2020,** defendant shall serve plaintiff with a traditional (document-by-document) privilege log for each exemplar. If the challenged document is an email chain, the log shall include the information required by Local Civil Rule 26.2(a)(2)(A) for each email in the chain.

   c. The parties shall promptly meet and confer in an effort to resolve any remaining disputes as to the propriety of the redactions.

   d. No later than **June 12, 2020**, defendant shall email any exemplar still in dispute to the Court, at Moses_NYSDChambers@nysd.uscourts.gov, in unredacted

    form, for *in camera* review. Defendant's email shall not include any *ex parte* argument.

2. <u>Exhibit 7</u>. Plaintiff's request for an unredacted copy of Exhibit 7 to the parties' joint pre-conference letter dated May 27, 2020 (the Joint Letter) (Dkt. No. 55-7) is DENIED.

3. <u>Exhibit 1</u>. Defendant's request for an unredacted copy of Exhibit 1 to the Joint Letter (Dkt. No. 55-1) is GRANTED. Plaintiff shall promptly produce the unredacted document.

4. <u>Additional Damages Discovery</u>. Defendant may serve plaintiff with a single interrogatory, no later than **June 5, 2020**, requesting a written representation that plaintiff searched for (and produced, if found) the "programming budgets" described in Steven Weiss's May 18, 2020 deposition testimony (Dkt. No. 55-4), regardless of date. Plaintiff shall respond to the interrogatory no later than **June 12, 2020**.

5. <u>Elie Singer Deposition</u>. Defendant's request for additional time to depose Elie Singer "concerning his involvement in writing Charter's Complaint" is DENIED.

Dated: New York, New York  
       June 4, 2020

**SO ORDERED**.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**