

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPASS PRODUCTIONS
INTERNATIONAL LLC,

        Plaintiff,

-against-

CHARTER COMMUNICATIONS, INC.,

        Defendant.

18-CV-12296 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's teleconference, it is hereby

ORDERED:

1. The deadline to serve expert reports shall remain June 29, 2020, and the deadline to complete all discovery, including expert depositions, shall remain September 8, 2020 (*see* Dkt. Nos. 42, 43), except that expert discovery related to industry custom and practice shall be stayed pending agreement of the parties or further order from the Court.

2. Judge Moses will conduct a status conference on **July 16, 2020, at 11:00 a.m.** At that time, the parties shall call (888) 557-8511 and enter the access code 7746387. No later than **July 14, 2020**, the parties shall submit a joint status report updating the Court on the status of discovery, including the progress made, if any, in scheduling a deposition of Catherine Bohigian.

3. In advance of the settlement conference currently scheduled for June 29, 2020, the parties shall submit the pre-conference documents required by ¶¶ 2-4 of the Court's Order Scheduling Settlement Conference dated January 24, 2020 (Dkt. No. 33), as previously directed. (*See* Dkt. No. 58.)

Dated: New York, New York
      June 24, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**