

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPASS PRODUCTIONS
INTERNATIONAL LLC,

         Plaintiff,

  -against-

CHARTER COMMUNICATIONS, INC.,

         Defendant.

18-CV-12296 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' confidential pre-settlement conference letters. The settlement conference will proceed as scheduled on June 29, 2020, beginning at 2:00 p.m. The conference will be conducted over videoconference, using Lexitas's videoconferencing technology. As a reminder to counsel, the clients listed on the acknowledgment forms must attend the conference.

    It is further ORDERED that each party shall be prepared at the conference to present and discuss no more than six items of admissible evidence (*e.g.*, emails, deposition testimony, etc.) relating to the following questions: (1) whether there was a meeting of the minds as to all material terms of the alleged linear carriage agreement; (2) whether Compass reasonably and foreseeably relied to its detriment on Charter's alleged promise of carriage; and (3) whether Compass can establish non-speculative damages as to its promissory estoppel claim. The evidence that each party intends to discuss should be emailed to the Court, at Moses_NYSDChambers@nysd.uscourts.gov, no later than 9:00 a.m. on June 29, 2020, with a copy to opposing counsel, without argument.

Dated: New York, New York
       June 25, 2020

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**