

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPASS PRODUCTIONS
INTERNATIONAL LLC,

        Plaintiff,

-against-

CHARTER COMMUNICATIONS, INC.,

        Defendant.

18-CV-12296 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's teleconference, it is hereby

ORDERED:

1. The deadline to serve affirmative expert reports shall be 21 days after the deposition of Catherine Bohigian. Rebuttal reports shall be due 21 days later. Expert discovery shall close 14 days later.

2. The deadline to complete expert discovery for topics other than industry custom and practice remains September 7, 2020.

3. The parties shall file a joint letter promptly after the deposition of Ms. Bohigian, and in any event, no later than **August 17, 2020**, updating the Court on whether Ms. Bohigian's deposition has taken place, and if so, when.

Dated: New York, New York
       July 16, 2020

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**