

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPASS PRODUCTIONS
INTERNATIONAL LLC,

        Plaintiff,

-against-

CHARTER COMMUNICATIONS, INC.,

        Defendant.

18-CV-12296 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The discovery period having ended on December 23, 2020 (*see* Dkt. No. 76), the parties shall promptly request a pre-motion conference before Judge Marrero, pursuant to § II.A of his Individual Practices, if they wish to file summary judgment motions.

Dated: New York, New York
       December 28, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**