**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
COMPASS PRODUCTIONS INTERNATIONAL, LLC,

                Plaintiff,                      18 **CIVIL** 12296 (VM)

    -against-                       **JUDGMENT**

CHARTER COMMUNICATIONS, INC.,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 10, 2022, the motion (Dkt. Nos. 82-85) of defendant Charter Communications, Inc., for summary judgment on Counts I and II of the complaint of plaintiff Compass Productions International, LLC (Dkt. No. 1-1) is Granted; **accordingly, this case is closed.**

**Dated:** New York, New York
          January 10, 2022

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                                  **BY:**
                                                  **Deputy Clerk**